■ JOSEPH S. GRATTON, as Treasurer of First Mortgage Investors, Appellant, v DIDO REALTY CO., INC., et al., Defendants, and JOSEPH BRISMAN et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Queens County (Katz, J.), entered July 14, 1988.

Ordered that the order is affirmed, with costs, for reasons

stated by Justice Katz at the Supreme Court. Brown, J. P., Kooper, Harwood and Rosenblatt, JJ., concur.